

**Michelle E. Tarson**
**Senior Counsel**

Direct (516) 812-4519
Fax: (516) 812-4619
mtarson@staggwabnik.com

Also Admitted NJ

401 Franklin Avenue, Suite 300, Garden City, NY 11530        www.staggwabnik.com
T 516.812.4550

331 Newman Springs Road, Building 1, 4th Floor, Suite 143, Red Bank, NJ 07701| T 732.784.1586
1111 Summer Street, 5th Floor, Stamford, CT 06905| T 203.967.4000

November 25, 2024

<u>Via ECF</u>
The Honorable Alvin K. Hellerstein, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

SO ORDERED. The parties will advise the Court as to the status of mediation by January 24, 2025, failing which the case will be dismissed.
11/25/24 /s/ Alvin K. Hellerstein

    Re:    <u>E.J. Chin Realty Corp., et al. v. JPMorgan Chase Bank, N.A.</u>
             <u>Docket No.: 23-cv-4485</u>

Dear Judge Hellerstein:

       This firm represents defendants JPMorgan Chase Bank, N.A. ("Chase") in the above-referenced matter. The parties jointly wish to advise the Court that they agreed to privately mediate the matter through the American Arbitration Association. The parties respectfully request that this matter be held in abeyance, including discovery, with the parties to provide the Court with a status update in 60 (sixty) days advising of the status of the mediation.

                                                    Respectfully submitted,

                                                    Michelle E. Tarson

cc:    Anthony M. Bramante (Via ECF)
       *Attorneys for Plaintiffs*
       26 Court Street, Suite 514
       Brooklyn, New York 11242